USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/3/2021__

# REID & ASSOCIATES

**BRENT S. USERY, ESQ**
Admitted in NJ, NY and TN

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

September 3, 2021

**SENT VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Torres_nysdchambers@nysd.uscourts.gov

    **Re:**    **The Travelers Indemnity Company v. Harleysville Insurance Co. of New York**
    **Docket No.:**    **21 Civ. 290 (AT)**

Dear Judge Torres:

    My office represents The Travelers Indemnity Company ("Travelers") in the above referenced matter. Since the initial status conference, Neil C. Mascolo, Jr. with Vigorito, Barker, Patterson, Nichols & Porter LLP has taken over representation of Harleysville Ins. Co. of New York ("Harleysville"). I have consulted with Mr. Mascolo this morning and we submit this joint request to adjourn the Status Conference scheduled before Your Honor on Tuesday, September 7th at 11:00 a.m. Mr. Mascolo and I apologize for this late request as this hearing did not appear on our respective calendars, due in part to the other status conference scheduled in this matter.

    In support of our request, we jointly repot that we have been in regular contact and have met and conferred about the status of discovery and the possibility and terms of any potential resolution. The parties are still actively discussing and considering possible resolution options. In addition, the parties have met with Magistrate Judge Debra C. Freeman to further discuss settlement options. In fact, the parties are set for a follow-up conference with Magistrate Judge Freeman on Thursday, September 9th.

    In light of the foregoing, the parties believe that it would be beneficial to adjourn the status conference scheduled for Tuesday, September 7th to a date after the follow-up conference with

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| MS04A-0000 | 6TH FLOOR | SUITE 300 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |

Magistrate Judge Freemen on September 9, 2012. Accordingly, the parties respectfully request that this Court set a further status conference at the Court's convenience after September 9, 2021.

**Respectfully submitted:**

| REID & ASSOCIATES | VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP |
|---|---|
| By:/s/Brent S. Usery<br>Brent S. Usery, Esq.<br>Attorneys for The Travelers Indemnity Company<br>Direct : 917.778.6415<br>Fax : 844.571-3789<br>Email: busery@travelers.com<br><br>Please address all correspondence sent by mail to:<br>P.O. Box 2996<br>Hartford, CT 06104-2903<br><br>Physical Address:<br>485 Lexington Avenue, 6th Floor<br>New York NY 10017 | By:   /s/Neil C. Mascolo<br>Neil C. Mascolo, Jr., Esq.<br>Attorneys for Harleysville Insurance Co. of New York<br>115 E. Steven Avenue, Ste 206<br>Valhalla, New York 10595<br>Phone: (914) 495-4805 |

GRANTED. The case management conference scheduled for September 7, 2021, is ADJOURNED to **September 20, 2021**, at **11:00 a.m.** By **September 13, 2021**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: September 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge